IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN PASKOWITZ, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:18-cv-01663 |
| v. ) ) | JURY TRIAL DEMANDED |
| CONNECTICUT WATER SERVICE, INC., CAROL P. WALLACE, DAVID C. BENOIT, RICHARD H. FORDE, MARY ANN HANLEY, HEATHER HUNT, BRADFORD A. HUNTER, KRISTEN A. JOHNSON, LISA J. THIBDAUE, and ELLEN C. WOLF, ) ) ) ) ) ) ) ) | CLASS ACTION |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Susan Paskowitz hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice, with all parties to bear their own fees and costs. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 14, 2019                                            **LACHTMAN COHEN P.C.**

                                                                             By: */s/ Brian S. Cohen*
**OF COUNSEL:**                                                Brian S. Cohen
                                                                             500 West Putnam Avenue, Suite 400
**RIGRODSKY & LONG, P.A.**                            Greenwich, CT 06830
300 Delaware Avenue, Suite 1220                     (203) 404-4960
Wilmington, DE 19801
(302) 295-5310                                                       *Attorneys for Plaintiffs*

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800